**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Ms. Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1960 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| KARLEEN ANN RAMOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: July 1, 2008

/s/ *STEPHEN D. DEMIK*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 1, 2008                                    /s/ STEPHEN D. DEMIK
                                                       Federal Defenders of San Diego, Inc.
                                                       225 Broadway, Suite 900
                                                       San Diego, CA  92101-5030
                                                       (619) 234-8467  (tel)
                                                       (619) 687-2666  (fax)
                                                       Stephen_Demik@fd.org (email)