UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR2275 H |
| vs. | CRIMINAL NO. 08mj1960 |
| Karleen Ann Ramos | ORDER RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 10098298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Valentin Hernandez-Perez
(Arr 6/30/08)

DATED: 7/10/08

_____
**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY