UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Karleen Ann Ramos<br><br>Defendant(s) | 08CR2275-H<br><br>CRIMINAL NO. 08mj1960<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10098298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / ~~Case Disposed~~ / Order of Court).

Josefina Rodriguez-Martinez
(Arr 6/26/08)

DATED: 7/10/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk