UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Karlein Ann Ramos ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR2275-H <br> 08mj1960 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 10098298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Arturo Andrade-Perez
(Arr 6/30/08)

DATED: 7/10/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
   Deputy Clerk